Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−16487−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             9/10/25
Time:             08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 23, 2025
JAN:

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 25-16487-SLM

Sonya K Royster                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin             Page 1 of 3

Date Rcvd: Jun 23, 2025             Form ID: 132             Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 520699227 | + | James A. Mayer, Esq., 223 Old Hook Road, PO Box 35, Westwood, NJ 07675-0035 |
| 520699229 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 520699231 | + | Leonard Franciosi IV, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 520699239 | | Sheila A. Bond MD PC, 39 S. Fullerton Ave., Hasbrouck Heights, NJ 07604-2000 |
| 520699244 | + | William Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520699210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2025 21:02:40 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520699211 | + | Email/Text: bky@americanprofit.net | Jun 23 2025 20:59:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 520699212 | + | Email/PDF: bncnotices@becket-lee.com | Jun 23 2025 21:04:10 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520699213 | + | Email/Text: famc-bk@1stassociates.com | Jun 23 2025 20:59:00 | Bk Of Mo/tv, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 520699214 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 23 2025 20:59:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520699222 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2025 20:58:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 520699221 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2025 20:58:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 520699215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2025 21:03:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520699217 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2025 21:03:22 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520699218 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2025 21:04:27 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 520699219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2025 21:02:50 | Citibank/The Home Depot, Citicorp Cr |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 132 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520699220 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2025 20:59:00 | | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520699223 | + | Email/PDF: creditonebknotifications@resurgent.com Jun 23 2025 21:03:10 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520699224 | ^ | MEBN Jun 23 2025 20:53:55 | | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 631, Amarillo, TX 79105-0631 |
| 520699225 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Jun 23 2025 21:02:40 | | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520699226 | + | Email/PDF: ais.fpc.ebn@aisinfo.com Jun 23 2025 21:04:12 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520699228 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jun 23 2025 20:59:00 | | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520699232 | + | Email/PDF: resurgentbknotifications@resurgent.com Jun 23 2025 21:03:32 | | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520699230 | | Email/Text: ml-ebn@missionlane.com Jun 23 2025 20:58:00 | | Lendup Card Services I, 237 Kearny Street, Suite 197, San Francisco, CA 94108 |
| 520699237 | | Email/Text: cscommunications@mrvbanks.com Jun 23 2025 20:58:00 | | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 520699233 | + | Email/Text: bnc@nordstrom.com Jun 23 2025 20:58:12 | | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520699234 | + | Email/PDF: cbp@omf.com Jun 23 2025 21:15:10 | | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520699235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2025 21:15:08 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520699236 | ^ | MEBN Jun 23 2025 20:54:11 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520699238 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 23 2025 20:59:00 | | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520699240 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 23 2025 21:14:59 | | Syncb/Amazon Secured, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520699241 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jun 23 2025 21:03:23 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520699242 | + | Email/Text: bncmail@w-legal.com Jun 23 2025 20:58:00 | | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520699243 | + | Email/Text: famc-bk@1stassociates.com Jun 23 2025 20:59:00 | | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520699216 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 25-16487-SLM    Doc 9    Filed 06/25/25    Entered 06/26/25 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 132 | Total Noticed: 37 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 25, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Sonya K Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3