Certificate Number: 16339-NJ-DE-039808693

Bankruptcy Case Number: 25-16487



16339-NJ-DE-039808693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2025, at 1:15 o'clock PM EDT, Sonya K Royster completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 26, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor