| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on September 11, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    SONYA K ROYSTER | Case No.:  25-16487<br><br>Hearing Date:  09/10/2025<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 11, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): SONYA K ROYSTER

Case No.: 25-16487SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/10/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/10/2025 of the plan filed on 06/19/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan and an amended Schedule B and J by 9/25/2025 or the case will be dismissed; and it is further

ORDERED, that the Debtor must become current with plan payments through September 2025 and same must be received and posted by the Trustee by 10/2/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.