Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−16487−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 06/19/2025 and a confirmation hearing on such Plan has been scheduled for 9/10/2025.

The debtor filed a Modified Plan on 09/10/2025 and a confirmation hearing on the Modified Plan is scheduled for 10/8/2025 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 10, 2025
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-16487-SLM

Sonya K Royster  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Sep 11, 2025      Form ID: 186      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 520699227 | + | James A. Mayer, Esq., 223 Old Hook Road, PO Box 35, Westwood, NJ 07675-0035 |
| 520699229 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 520699231 | + | Leonard Franciosi IV, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 520699239 | | Sheila A. Bond MD PC, 39 S. Fullerton Ave., Hasbrouck Heights, NJ 07604-2000 |
| 520766607 | + | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520699244 | + | William Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2025 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2025 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520758344 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2025 21:14:15 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520699210 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2025 21:13:35 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520699211 | + | Email/Text: bky@americanprofit.net | Sep 11 2025 21:09:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 520699212 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2025 21:12:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520699213 | + | Email/Text: famc-bk@1stassociates.com | Sep 11 2025 21:09:00 | Bk Of Mo/tv, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 520699214 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2025 21:09:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 520792482 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 11 2025 21:09:00 | Bridgecrest Acceptance Corporation, PO Box 29018, Phoenix, AZ 85038-9018 |
| 520699222 | | Email/Text: cfcbackoffice@contfinco.com | Sep 11 2025 21:08:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 520699221 | | Email/Text: cfcbackoffice@contfinco.com | Sep 11 2025 21:08:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 520699215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 21:12:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520699217 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2025 21:14:23 | Capital One / Saks F, Attn: Bankruptcy, Po Box |

Case 25-16487-SLM    Doc 21    Filed 09/13/25    Entered 09/14/25 00:16:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: 186 | Total Noticed: 49 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 30285, Salt Lake City, UT 84130-0285 |
| 520709122 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2025 21:12:54 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520699218 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2025 21:13:14 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 520699219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2025 21:12:58 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520699220 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2025 21:08:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 520699223 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2025 21:12:50 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520699224 | ^ | MEBN | Sep 11 2025 20:56:59 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 631, Amarillo, TX 79105-0631 |
| 520790236 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2025 21:09:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520699225 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2025 21:24:59 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520699226 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2025 21:24:47 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520772996 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 21:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520699228 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2025 21:09:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520703802 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:13:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520699232 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2025 21:12:52 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520699230 | | Email/Text: ml-ebn@missionlane.com | Sep 11 2025 21:06:00 | Lendup Card Services I, 237 Kearny Street, Suite 197, San Francisco, CA 94108 |
| 520699237 | | Email/Text: cscommunications@mrvbanks.com | Sep 11 2025 21:08:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 520704979 | + | Email/Text: famc-bk@1stassociates.com | Sep 11 2025 21:09:00 | MRV Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520699233 | + | Email/Text: bnc@nordstrom.com | Sep 11 2025 21:08:50 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520699234 | + | Email/PDF: cbp@omf.com | Sep 11 2025 21:14:14 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 520755125 | + | Email/PDF: cbp@omf.com | Sep 11 2025 21:25:08 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520699235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2025 21:13:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520783572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2025 21:13:38 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 520699236 | ^ | MEBN | Sep 11 2025 20:57:23 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520783165 | + | Email/Text: bncmail@w-legal.com | Sep 11 2025 21:08:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

Case 25-16487-SLM    Doc 21    Filed 09/13/25    Entered 09/14/25 00:16:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: 186 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520699238 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 11 2025 21:09:00 | | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 520699240 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 11 2025 21:14:14 | | Syncb/Amazon Secured, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520790336 | + | Email/PDF: ebn_ais@aisinfo.com Sep 11 2025 21:12:54 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520699241 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 11 2025 21:13:39 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520699242 | + | Email/Text: bncmail@w-legal.com Sep 11 2025 21:08:00 | | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520699243 | + | Email/Text: famc-bk@1stassociates.com Sep 11 2025 21:09:00 | | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520699216 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Sonya K Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4