UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2©

*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com

*Attorneys for the Debtor*

*In re*

SONYA K. ROYSTER

Debtors.

**Order Filed on October 3, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No. 25-16487 SLM

Judge: Stacey L. Meisel

Hearing Date: 10/8/2025

## CONSENT ORDER REGARDING THE TREATMENT OF ONE MAIN FINANCIAL'S CLAIM UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN FILED 9/10/2025

The relief set forth on the following pages, numbered two (2) to three (3) is hereby **ORDERED**

DATED: _____

**DATED: October 3, 2025**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: SONYA K. ROYSTER
Case No. 25-16487 SLM
Caption of Order: **CONSENT ORDER REGARDING THE TREATMENT OF ONE MAIN FINANCIAL'S CLAIM UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN FILED 9/10/2025**

THIS MATTER being opened to the Court by the Debtor on an application for entry of this Consent Order; and One Main Financial ("One Main") having filed a partially secured and partially unsecured claim docketed as Claim #6-1 (Filed 7/23/2025) in the claims register of this case; and the parties having agreed to enter into this Consent Order in an effort to clarify One Main's treatment under Debtor's Modified Pan and the Court noting the consent of the parties to the form, substance and entry of the within Consent Order; and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. One Main's claim in the total amount of $10,675.15 shall be treated as fully secured having a security interest in Debtor's 2005 Mercedes CLK.
2. One Main's claim shall be paid outside Debtor's Plan, without interest, with debtor making monthly payments directly to One Main in the amount of $50.00.
3. One Main shall be Unaffected by Debtor's plan as per Section 4.f. of Debtor's Modified Plan.
4. One Main consents to the treatment of their Claim (Claim #6-1) as set forth in Debtor's Modified Chapter 13 Plan as modified by this Consent Order.

The undersigned hereby agree to the form and contents of this Consent Order:

**ONE MAIN FINANCIAL**

BY: _/s/ Randi Ricketts_  10/2/25
Randi Ricketts
Bankruptcy Specialist
On behalf of the
One Main Financial

**MINION & SHERMAN**
**ATTORNEYS AT LAW**

BY: _/s/ Scott D. Sherman_
Scott D. Sherman, Esq.
Attorney for Debtor