UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2©

*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com

*Attorneys for the Debtor*

*In re*

SONYA K. ROYSTER

    Debtors.

**Order Filed on October 3, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No. 25-16487 SLM

Judge: Stacey L. Meisel

Hearing Date: 10/8/2025

## CONSENT ORDER REGARDING THE TREATMENT OF ONE MAIN FINANCIAL'S CLAIM UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN FILED 9/10/2025

The relief set forth on the following pages, numbered two (2) to three (3) is hereby **ORDERED**

DATED: _____

**DATED: October 3, 2025**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: SONYA K. ROYSTER
Case No. 25-16487 SLM
Caption of Order:    **CONSENT ORDER REGARDING THE TREATMENT OF ONE MAIN FINANCIAL'S CLAIM UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN FILED 9/10/2025**

THIS MATTER being opened to the Court by the Debtor on an application for entry of this Consent Order; and One Main Financial ("One Main") having filed a partially secured and partially unsecured claim docketed as Claim #6-1 (Filed 7/23/2025) in the claims register of this case; and the parties having agreed to enter into this Consent Order in an effort to clarify One Main's treatment under Debtor's Modified Pan and the Court noting the consent of the parties to the form, substance and entry of the within Consent Order; and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. One Main's claim in the total amount of $10,675.15 shall be treated as fully secured having a security interest in Debtor's 2005 Mercedes CLK.
2. One Main's claim shall be paid outside Debtor's Plan, without interest, with debtor making monthly payments directly to One Main in the amount of $50.00.
3. One Main shall be Unaffected by Debtor's plan as per Section 4.f. of Debtor's Modified Plan.
4. One Main consents to the treatment of their Claim (Claim #6-1) as set forth in Debtor's Modified Chapter 13 Plan as modified by this Consent Order.

The undersigned hereby agree to the form and contents of this Consent Order:

**ONE MAIN FINANCIAL**

BY: /s/ Randi Ricketts  10/2/25
Randi Ricketts
Bankruptcy Specialist
On behalf of the
One Main Financial

**MINION & SHERMAN**
**ATTORNEYS AT LAW**

BY: /s/ Scott D. Sherman
Scott D. Sherman, Esq.
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Sonya K Royster  
    Debtor

Case No. 25-16487-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1  
Date Rcvd: Oct 03, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5, Mortgage Pass-Through Certificates, Series 2007- HE5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Sonya K Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4