SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

Re:   SONYA K ROYSTER
      380 WATSESSING AVENUE
      BLOOMFIELD,  NJ  07003

Atty:   SCOTT D. SHERMAN ESQ
        MINION & SHERMAN
        33 CLINTON ROAD, SUITE 105
        WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-16487

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $177,036.00**

## RECEIPTS AS OF 01/15/2026   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/22/2025 | $2,945.00 | | 09/09/2025 | $1,000.00 | |
| 09/18/2025 | $1,945.00 | | 10/06/2025 | $2,945.00 | |
| 11/10/2025 | $1,200.00 | | 11/24/2025 | $1,751.00 | |
| 12/15/2025 | $1,000.00 | | | | |

**Total Receipts: $12,786.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $12,786.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 10/20/2025 | $6,113.80 | 951,283 | 11/17/2025 | $1,128.00 | 952,768 |
| | 12/15/2025 | $1,645.94 | 954,167 | 01/12/2026 | $940.00 | 955,612 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 708.26 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | RESURGENT CAPITAL SERVICES | UNSECURED | 774.42 | * | 0.00 | |
| 0002 | AMERICAN PROFIT RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 507.16 | * | 0.00 | |
| 0005 | BRIDGECREST ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE NA | UNSECURED | 1,979.59 | * | 0.00 | |
| 0007 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE / SAKS F | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 25-16487**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CONTINENTAL FINANCE CO | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CONTINENTAL FINANCE CO | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 734.81 | * | 0.00 | |
| 0015 | DSRM NAT BANK/VALERO | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | LENDUP CARD SERVICES I | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | RESURGENT CAPITAL SERVICES | UNSECURED | 8,727.06 | * | 0.00 | |
| 0024 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 467.67 | * | 0.00 | |
| 0028 | MRV BANKS | UNSECURED | 355.02 | * | 0.00 | |
| 0029 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 160,664.08 | 100.00% | 9,827.74 | |
| 0030 | SHEILA A. BOND MD PC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | SYNCHRONY BANK | UNSECURED | 399.28 | * | 0.00 | |
| 0032 | SYNCHRONY BANK | UNSECURED | 3,671.34 | * | 0.00 | |
| 0033 | TD BANK USA NA | UNSECURED | 1,202.68 | * | 0.00 | |
| 0034 | TOTAL VISA/BANK OF MISSOURI | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | JEFFERSON CAPITAL SYSTEMS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | LVNV FUNDING LLC | UNSECURED | 227.27 | * | 0.00 | |
| 0042 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | ONEMAIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0044 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 740.06 | * | 0.00 | |
| 0045 | SCOLOPAX, LLC | UNSECURED | 1,599.14 | * | 0.00 | |
| 0046 | RESURGENT CAPITAL SERVICES | UNSECURED | 234.40 | * | 0.00 | |
| 0047 | BRIDGECREST ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $12,786.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $12,786.00        -        Paid to Claims: $9,827.74        -        Admin Costs Paid: $2,958.26     =     Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.