UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Sonya K. Royster,

Debtor.

Case No.:          25-16487-SLM

Chapter:                13

Hearing Date:      02/11/2026

Judge:                Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Motion for Relief re: 380 Watsessing Avenue, Bloomfield, NJ (Docket # 33)

Date: 02/05/2026                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*