UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:Deutsche Bank National
Trust Company, as Trustee, in trust for the registered
holders of Morgan Stanley ABS Capital I Inc. Trust
2007-HE5,  Mortgage Pass-Through Certificates, Series
2007- HE5

**Order Filed on February 23, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Sonya K Royster
                    Debtor
William Royster
                    Co-Debtor

Case No.:  25-16487 SLM

Chapter:  13

Hearing Date: 2/11/2026@ 10 a.m.

Judge:  Stacey L. Meisel

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: February 23, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Sonya K Royster
Case No:  25-16487 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE5,  Mortgage Pass-Through Certificates, Series 2007- HE5, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 380 Watsessing Avenue, Bloomfield, NJ, 07003, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Scott D. Sherman, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 4, 2026, Debtor is due for October 2025 through February 2026 post-petition payments for a total post-petition default of $12,508.88 (5 @ $2,682.61; less suspense $904.17); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $10,730.44 shall be paid by February 9, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears totaling $1,778.44 shall be paid by February 28, 2026; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2026 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.